IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 10-29-M-DWM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ROBERT ERNEST PEEPLES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant seeks review, pursuant to 18 U.S.C. § 3145, of Magistrate Judge Lynch's October 19, 2010 Order. That Order denied Defendant's motion challenging the constitutionality of his conditions of release imposed pursuant to the Adam Walsh Act. Judge Lynch denied the motion based on this Court's decision in United States v. Cossey, 637 F.Supp.2d 881 (D. Mont. 2009), and the reasoning found in United States v. Kennedy, 327 Fed. Appx. 706 (9th Cir. 2009) (unpublished).

1

The Court has previously denied a similar challenge to the constitutionality of the Adam Walsh Act. See Cossey, 367 F.Supp.2d at 892. Defendant has failed to distinguish his challenge from the Court's prior ruling in Cossey. Nor has he offered any reason for the Court to revisit the issue.

Accordingly, IT IS HEREBY ORDERED that Defendant's Appeal from United States Magistrate Judge's Order Denying Modification of Conditions of Release (dkt #37) is DENIED.

Dated this 18th day of November, 2010.

/s/ Donald W. Molloy
DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT

2